Kevin E. O'Malley (SBN 006420)
Glen Hallman (SBN 005888)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: keo@gknet.com
Email: gh@gknet.com
*Attorneys for Defendants American National Insurance Co.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DILLON REAL ESTATE CO., INC., a Kansas corporation; and SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE CO., a Texas corporation; and DOLLAR TREE STORES, INC., a Virginia corporation,<br><br>Defendants. | No. CIV 08-1508-PHX-FJM<br><br>**ANICO'S PROPOSED VOIR DIRE QUESTIONS** |

In addition to the standard questions posed by the Court, Counterclaimants request the Court to ask the following questions of the Panel during the jury selection process:

1. ANICO is an insurance company. Even though this case has nothing to do with insurance, would any of you have any difficulty treating ANICO as fairly and

1 equitably as Plaintiffs?

2. Do any of you have any experience with ANICO, as an insured or otherwise?

    (a).    If yes, what type of policy do you hold?

    (b).    Was your experience with ANICO good or bad and why?

    (c).    Know anyone who is an ANICO agent or sells insurance for ANICO?

3. Do any of you primarily do your grocery shopping at Fry's?

4. Do any of you regularly do your grocery shopping at the Fry's at 5805 West Thunderbird Road?

5. Would any of you let that fact influence your consideration of this case?

6. Do any of you regularly shop at Dollar Tree stores?

7. Do any of you have work experience in the commercial development business?

8. Do any of you have work experience in the grocery store business?

9. Do any of you live in a community with a Home Owners Association (or HOA)?

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 23rd day of October, 2009.

**GALLAGHER & KENNEDY, P.A.**

By: /s/ Glen Hallman
Kevin E. O'Malley
Glen Hallman
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Defendant American National Insurance Co.*

*Original of the foregoing was
e-filed this 23rd day of October, 2009.*

*COPY of the foregoing mailed this
23rd day of October, 2009 to:*

The Honorable Frederick J. Martone
UNITED STATES DISTRICT COURT
Sandra Day O'Connor US Courthouse, Suite 526
401 West Washington Street, SPC 62
Phoenix, AZ 85003-2158

Andrew F. Halaby
Jacob A. Hecker
SNELL & WILMER, LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202
*Attorneys for Plaintiff*

Randy Papetti
LEWIS & ROCA, LLP
40 North Central Avenue
Phoenix, AZ 85004-4429
*Attorneys for Dollar Tree Stores, Inc.*

By: /s/ Kim Haggard
2270638 / 10877-15

3